```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

LISA M. LOSSING                                          PLAINTIFF

    v.    Civil No. 12-5094

SHERIFF KEITH FERGUSON;
NURSE GAIL HARTGRAVE;
CAPTAIN ROB HOLLY;
JAIL DOCTOR; and
SERGEANT FRY                                             DEFENDANTS

## O R D E R

Before the Court is the **Report and Recommendation of the Magistrate Judge** (document #5), filed on July 3, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #5) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **dismissed with prejudice.**

IT IS SO ORDERED.

              /s/ Jimm Larry Hendren
              **JIMM LARRY HENDREN**
              **UNITED STATES DISTRICT JUDGE**